**ORAL ARGUMENT SCHEDULED MARCH 16, 2026**

No. 25-5289

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,
*Appellees*,

v.

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security, *et al.*,
*Appellants*.

---

On Appeal from the U.S. District Court
for the District of Columbia
No. 1:25-cv-00872 (Cobb, J.)

---

## APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANTS' REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rule 28(e), Appellants Kristi Noem, et al., respectfully request a 10-day extension of time, from February 6, 2026 to February 17, 2026 (February 16 falls on a holiday), to file their reply brief. Appellees do not oppose the motion. The motion is based on good cause as follows:

1. On August 11, 2025, Appellants noticed this appeal.

1

2. On October 6, 2025, the Court issued a briefing schedule in which Appellants' opening brief was due November 17, 2025 and Appellees' answering brief was due December 17, 2025.

3. On November 17, 2025, Appellants filed their opening brief.

4. On November 18, 2025, Appellees requested a 30-day extension of time to file their answering brief. Appellants did not oppose that motion. On November 20, 2025, the Court granted Appellees' motion, and their brief filing deadline was extended to January 16, 2026. Appellees filed their answering brief on that date.

5. On January 20, 2026, the Court scheduled oral argument for March 16, 2026.

6. Appellants seek a 10-day extension of time, until February 17, 2026, to file their reply brief. An extension is necessary to allow Appellants' counsel sufficient time to review Appellees' 56-page answering brief as well as various amicus briefs that Appellants expect will be filed by Friday, January 23, 2026. An extension is further necessary to allow sufficient time for both internal review of the draft brief and review by client agencies.

7. An extension is also warranted in light of the other litigation

2

responsibilities of Appellants' counsel, which include upcoming deadlines. *See Herrera Avila v. Bondi*, No. 25-3248 (8th Cir.) (reply brief due 1/23); *Castanon-Nava v. DHS*, No. 25-3050 (7th Cir) (reply brief due on 1/26); *Buenrostro-Mendez v. Bondi*, No. 25-20496 (5th Cir.) (reply brief due on 1/30); *D.V.D. v. DHS*, No. 25-1393 (1st Cir.) (reply brief due 1/26; oral argument scheduled for 2/3); *NTPSA v. Noem*, No. 26-199 (9th Cir.) (currently pending emergency stay motion filed by the Government; awaiting briefing schedule that will determine due date for reply brief; ruling requested by 1/30); *Haitian Evangelical Clergy Assn. v. Noem*, No. 25-2372 (2d Cir.) (opening brief due 2/12); *California v. USDA*, No. 25-cv-06310 (N.D. Cal.) (opposition brief to Plaintiffs' Motion to Enforce or Expand Preliminary Injunction due 1/23 and oral argument scheduled for 2/13); *Perez-Funez v. DHS*, No. 81-cv-1457 (C.D. Cal.) (oral argument on Defendants' Motion to Terminate Injunction scheduled for 2/9); *AFGE v. Federal Bureau of Prisons*, No. 25-cv-01907 (D. Conn.) (opposition brief to Plaintiffs' Motion for a Preliminary Injunction in National Council of Prison Locals due 2/13); *Merino Gonzalez v. Bondi*, No. 21-1428 (9th Cir.) (answering brief due 2/13); *Nunez v. Field Office Director of U.S. ICE*, No. 25-13646 (11th Cir.) (answering brief due 3/4).

8. Appellants' counsel also have various upcoming nonpublic deadlines including advising agencies and preparing litigation memoranda.

9. An extension of 10 days will not affect oral argument, which is scheduled for March 16, 2026, as briefing will be complete on February 17, 2026, almost four weeks prior to the argument.

10. Undersigned counsel contacted Appellees' counsel to ask for Appellees' position with regard to this motion, and Appellees' counsel stated that Appellees do not oppose the request for an extension of time.

11. Pursuant to D.C. Circuit Rule 28(e)(2), this motion is filed more than seven days before Appellants' reply brief is due.

## CONCLUSION

Appellants request that the Court enter an order extending the deadline for filing Appellants' reply brief by 10 days, up to and including February 17, 2026.

Respectfully submitted,

Dated: January 22, 2026

BRETT A. SHUMATE
*Assistant Attorney General*
DREW C. ENSIGN
*Deputy Assistant Attorney General*
TYLER J. BECKER

4

*Counsel to the Assistant Attorney General*
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
*Drew.C.Ensign@usdoj.gov*
(202) 514-2000

/s/ *Papu Sandhu*
PAPU SANDHU
*Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, DC 20044
*Papu.Sandhu@usdoj.gov*
(202) 616-9357

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 592 words. The Motion complies with the typeface and typestyle requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 365 in proportionally spaced 14-point Century Schoolbook type.

/s/ *Papu Sandhu*
Papu Sandhu

Dated: January 22, 2026　　　　Attorney for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

>                    /s/ *Papu Sandhu*
>                    Papu Sandhu

Dated:  January 22, 2026          Attorney for Appellants