No. 25-5289
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,
Plaintiffs-Appellees,

v.

KRISTI NOEM, Secretary of Homeland Security, *et al.*,
Defendants-Appellants.
_____

NOTICE OF CONSENT TO PARTICIPATE AS
AMICI CURIAE ON BEHALF OF
IMMIGRATION AND CONSTITUTIONAL SCHOLARS
_____

Pursuant to Circuit Rule 29(b), amici curiae, consisting of several expert legal scholars in immigration and constitutional law, inform the Court that both the Plaintiffs-Appellees and the Defendants-Appellants have consented to amici filing a timely brief relating to legislative history, in support of the Plaintiffs-Appellants. Amici understand a timely brief must be filed by Friday, January 23, 2026.

            Respectfully submitted,

            */s/ Jessica Dawgert*
            JESSICA A. DAWGERT
            Ariela Lake Law & Consulting PLLC
            3355 Hudson St., #7098
            Denver, CO 80207
            (303) 535-2203
            jess@allc.law

January 22, 2026            Counsel for Amici Curiae

## CERTIFICATE OF SERVICE

 I certify that, on January 22, 2026, this brief was filed with the Court's CM/ECF filing system, which will send an electronic notification and service of the brief to all parties in the case.

<u>*/s/ Jessica Dawgert*</u>
JESSICA A. DAWGERT
Ariela Lake Law & Consulting PLLC
