ORAL ARGUMENT SCHEDULED ON MARCH 16, 2026
No. 25-5289

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

―――――――――――――――――

COALITION FOR HUMANE IMMIGRANT RIGHTS, et al.,
*Plaintiffs-Appellees*,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,
*Defendants-Appellants*,

―――――――――――――――――

On Appeal from the United States District Court
for the District of Columbia
No. 1:25-cv-00872 (Cobb, J.)

―――――――――――――――――

## NOTICE OF INTENT TO FILE BRIEF FOR AMERICAN IMMIGRATION LAWYERS ASSOCIATION AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES

―――――――――――――――――

| | |
|---|---|
| Andrew S. White | Addison B. Thompson, Jr. |
| COVINGTON & BURLING LLP | *Counsel of Record* |
| 850 Tenth Street NW | Alessandra C. Elliott |
| Washington, DC 20001 | Aja I. Johnson |
| (202) 662-6000 | Adam R. David |
| | COVINGTON & BURLING LLP |
| | Salesforce Tower |
| | 415 Mission Street, Suite 5400 |
| | San Francisco, CA 94105 |
| | (415) 591-6000 |
| | athompson@cov.com |

*Counsel for* Amicus Curiae.

January 23, 2026

- i -

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rules 26.1 and 29(b), counsel for amicus curiae states that that the American Immigration Lawyers Association ("AILA") is a 501(c)(3) nonprofit organization and not a publicly traded corporation. It does not have a parent corporation, and no publicly held corporation holds 10% or more of its stock.

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICUS CURIAE*

Pursuant to Circuit Rules 29(b), the American Immigration Lawyers Association hereby notifies this Court of its intent to file a brief as *amicus curiae* in support of Plaintiffs-Appellees in the above-captioned matter. All parties have consented to the filing of this brief.

Dated: January 23, 2026

Respectfully submitted,

/s/ Addison B. Thompson, Jr.
Addison B. Thompson, Jr.
  *Counsel of Record*
Alessandra C. Elliott
Aja I. Johnson
Adam R. David
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
athompson@cov.com

Andrew S. White
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, a true and correct copy of this Notice of Intent to File as *Amicus Curiae* was filed with the Clerk of the United States Court of Appeals for the D.C. Circuit and served on the parties through the Court's electronic filing system. I further certify that all parties required to be served have been served.

January 23, 2026

/s/  Addison B. Thompson, Jr.
Addison B. Thompson, Jr.
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
athompson@cov.com

*Counsel for Amicus Curiae*