# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** COALITION FOR HUMANE IMMIGRANT␣

v.

KRISTI NOEM, Secretary of Homeland Se␣

**Case No:** 25-5289

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ◉ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Coalition for Humane Immigrant Rights ("CHIRLA")

CASA, Inc. ("CASA")

UndocuBlack Network ("UndocuBlack")

### Counsel Information

Lead Counsel: Karen Tumlin

Direct Phone: ( 323 ) 450-7272   Fax: (____) _____   Email: karen.tumlin@justiceactioncenter.org

2nd Counsel: Tom Jawetz

Direct Phone: ( 202 ) 413-5208   Fax: (____) _____   Email: tom.jawetz@gmail.com

3rd Counsel:

Direct Phone: (____) _____   Fax: (____) _____   Email:

Firm Name:

Firm Address:

Firm Phone: (____) _____   Fax: (____) _____   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)