# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5289**  **September Term, 2025**

**1:25-cv-00872-JMC**

**Filed On: March 16, 2026** [2163786]

Coalition for Humane Immigrant Rights, et al.,

        Appellees

    v.

Kristi Noem, in her official capacity as Secretary of Homeland Security, et al.,

        Appellants

**BEFORE:** Chief Judge Srinivasan, and Circuit Judges Rao and Walker

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, March 16, 2026 at 9:36 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

Tyler J. Becker (DOJ), counsel for Appellants.

Esther Sung, counsel for Appellees.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Jaime T. Stratton
      Deputy Clerk