

**U.S. Department of Justice**

Civil Division

TJB:Psandhu
39-16-3463                                    Telephone: (202) 616-9357

*Washington, DC 20530*

July 13, 2026

The Honorable Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave. NW
Washington, D.C. 20001

      Re:  *CHIR v. Mullin,* No. 25-5289 (D.C. Cir.) (oral argument held
           on March 16, 2026)
           Response to Rule 28(j) Letter

Dear Mr. Cislak,

      Appellants respond to Appellees' letter dated July 2, 2026, informing the panel of this Court's decision in *Make the Road N.Y. v. Mullin*, --- F.4th ---, 2026 WL 1792978 (D.C. Cir. Jun. 23, 2026) (*MRNY*).

      First, Appellees are incorrect in asserting that a statement at the beginning of the opinion introducing the reader to the Designation Provision (8 U.S.C. §1225(b)(1)(A)(iii)), supports their reading of that provision. That statement—"[a]ny aliens admitted or paroled are excluded" from the Designation Provision "even if they are here illegally," *id.* at *1—provides no insight as to whether the Designation Provision applies to aliens paroled at ports of entry whose parole subsequently lapses. *See* Appellees' Br. 37-45. The Court did not consider that issue in

its decision and the statement more likely has in mind admitted aliens who fall out of legal status.

Second, Appellees' contention that *MRNY* "confirms that the scope of the district court's stay on appeal is appropriate" is incorrect. While *MRNY* rejected the Government's argument that 8 U.S.C. §1252(f)(1) precluded the district court's authority to grant a stay under 5 U.S.C. §705, the panel did not address the issue of the scope of the district court's §705 stay as applied to non-parties because it vacated that stay after agreeing with the Government that a stay was not warranted. *Id.* at *18; *see* Appellants' Br. 59-66 (discussing *Trump v. Casa, Inc.*, 606 U.S. 831 (2025)).

Respectfully submitted,

/s/ *Papu Sandhu*
PAPU SANDHU
*Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, DC 20044
(202) 616-9357

Attorney for Appellants

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing response complies with the type-volume limitations of Fed. R. App. P. 28(j) and D.C. Circuit local rules because the body of the response contains 240 words.

/s/ *Papu Sandhu*
Papu Sandhu

Dated:  July 13, 2026                    Attorney for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Papu Sandhu*
Papu Sandhu

Dated:  July 13, 2026                    Attorney for Appellants