# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5289** **September Term, 2024**

**1:25-cv-00872-JMC**

**Filed On: August 11, 2025** **[2129452]**

Coalition for Humane Immigrant Rights, et al.,

Appellees

v.

Kristi Noem, in her official capacity as Secretary of Homeland Security, et al.,

Appellants

## O R D E R

The notice of appeal was filed on August 5, 2025, and docketed in this court on August 11, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 10, 2025 |
| Docketing Statement Form | September 10, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 10, 2025 |
| Procedural Motions, if any | September 10, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 10, 2025 |
| Statement of Issues to be Raised | September 10, 2025 |
| Transcript Status Report | September 10, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | September 10, 2025 |
| Dispositive Motions, if any | September 25, 2025 |

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5289** **September Term, 2024**

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 10, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 10, 2025 |
| Procedural Motions, if any | September 10, 2025 |
| Dispositive Motions, if any | September 25, 2025 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)