No. 25-5289

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,
*Plaintiffs-Appellees*,

v.

KRISTI NOEM, Secretary of Homeland Security, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Columbia
No. 1:25-cv-00872-JMC (Hon. Jia M. Cobb)

## PLAINTIFFS-APPELLEES' CERTIFICATE
## AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's Order of August 11, 2025, and D.C. Circuit Rule 28(a)(1), Plaintiffs-Appellees Coalition for Humane Immigrant Rights ("CHIRLA"), CASA, Inc. ("CASA"), and UndocuBlack Network ("UndocuBlack") respectfully file this certificate as to parties, rulings, and related cases.

### A. Parties and Amici

All parties, intervenors, and amici appearing in this Court are listed in the Defendants-Appellants' Emergency Motion for Stay Pending Appeal.

I certify under Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1 as follows:

1

Plaintiff-Appellee CHIRLA is a membership-based nonprofit organization incorporated in California. CHIRLA has no parent corporation, and no publicly held company owns 10% or more of the organization.

Plaintiff-Appellee CASA is a membership-based nonprofit organization headquartered in Maryland. CASA has no parent corporation, and no publicly held company owns 10% or more of the organization.

Plaintiff-Appellee UndocuBlack is a membership-based nonprofit organization and multigenerational network of Black immigrants. UndocuBlack has no parent corporation, and no publicly held company owns 10% or more of the organization.

### B. Rulings Under Review

References to the rulings at issue appear in Defendants-Appellants' Emergency Motion for Stay Pending Appeal. The opinion under review (ECF No. 41) is available at 2025 WL 2192986.

### C. Related Cases

This case has not previously been before this Court. The district court case is related to *Make the Road New York v. Noem*, No. 1:25-cv-00190 (D.D.C.), and overlapping issues are present in *Svitlana Doe v. Noem*, No, 25-1384 (1st Cir.).

| | |
|---|---|
| Dated: September 9, 2025 | */s/ Esther H. Sung*<br>Esther H. Sung<br>Karen C. Tumlin<br>JUSTICE ACTION CENTER<br>P.O. Box 27280 |

2

Los Angeles, CA 90027  
(323) 450-7272  
karen.tumlin@justiceactioncenter.org  
esther.sung@justiceactioncenter.org  

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Esther H. Sung*
Esther H. Sung

*Counsel for Plaintiffs-Appellees*
