# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5289** **September Term, 2025**

**1:25-cv-00872-JMC**

**Filed On: November 20, 2025** **[2146403]**

Coalition for Humane Immigrant Rights, et al.,

Appellees

v.

Kristi Noem, in her official capacity as Secretary of Homeland Security, et al.,

Appellants

**O R D E R**

Upon consideration of appellees' unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | January 16, 2026 |
| Appellants' Reply Brief | February 6, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk