# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5289**                                        **September Term, 2025**

**1:25-cv-00872-JMC**

**Filed On: January 28, 2026** [2156286]

Coalition for Humane Immigrant Rights, et al.,

        Appellees

    v.

Kristi Noem, in her official capacity as
Secretary of Homeland Security, et al.,

        Appellants

## <u>O R D E R</u>

Upon consideration of appellants' unopposed motion to extend time to file the reply brief, it is

**ORDERED** that the motion be granted.  Appellants' reply brief is now due February 17, 2026.

### <u>Per Curiam</u>

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk