# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5289**                          **September Term, 2025**

1:25-cv-00872-JMC

**Filed On: March 3, 2026** [2161893]

Coalition for Humane Immigrant Rights, et al.,

       Appellees

       v.

Kristi Noem, in her official capacity as Secretary of Homeland Security, et al.,

       Appellants

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 16, 2026, at 9:30 A.M.:

       Appellants     -     10 Minutes

       Appellees     -     10 Minutes

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Rao and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 5, 2026.

### Per Curiam

                                 **FOR THE COURT:**
                                 Clifton B. Cislak, Clerk

                     BY:     /s/
                                 Daniel J. Reidy
                                 Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)