# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 25-5289**　　　　　　　　　　**September Term, 2025**

FILED ON: AUGUST 11, 2026

COALITION FOR HUMANE IMMIGRANT RIGHTS, ET AL.,
　　　　　APPELLEES

v.

MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY, ET AL.,

　　　　　APPELLANTS

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:25-cv-00872)

———

Before: SRINIVASAN, *Chief Judge*, RAO and WALKER, *Circuit Judges*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the stay issued by the District Court be vacated, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　BY:　　/s/

　　　　　　　　　Daniel J. Reidy
　　　　　　　　　Deputy Clerk

Date: August 11, 2026

Opinion Per Curiam