# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5289** **September Term, 2026**

**1:25-cv-00872-JMC**

**Filed On: October 6, 2026** [2196642]

Coalition for Humane Immigrant Rights, et al.,

Appellees

v.

Markwayne Mullin, in his official capacity as Secretary of Homeland Security, et al.,

Appellants

## MANDATE

In accordance with the judgment of August 11, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed August 11, 2026